MOSE HUNTER v. STATE.
No. A-1539.  Opinion Filed May 24, 1913.
Appeal from Coal County Court;
R. H. Wells, Judge.

Mose Hunter was convicted of violating the prohibitory law, and appeals.  Affirmed

Jahn & Gibson, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.  The plaintiff in error, Mose Hunter, was convicted at the October, 1911, term of the county court of Coal county on a charge of selling intoxicating liquor, and his punishment fixed

at a fine of two hundred dollars and imprisonment in the county jail for a period of sixty days.

The judgment of the trial court is affirmed.